MEMORANDUM * This is an appeal by Capital Options, LLC (Capital) from the Bankruptcy Court’s order denying confirmation of a Chapter 11 plan of reorganization that was to be funded by the proceeds of' Capital’s adversary proceedings against George H. Goldsmith and G2, LLC. The Bankruptcy Court, having dismissed Capital’s adversary proceeding with prejudice, found the reorganization plan to be infeasible under 11 U.S.C. § 1129(a), and also dismissed the administrative, proceeding. The denial of confirmation of a Chapter 11 reorganization plan is reviewed for abuse of discretion. See In re Marshall, 721 F.3d 1032, 1045 (9th Cir. 2013). In a contemporaneously filed memorandum disposition in In re Capital Options, LLC, No. 15-60054, we affirm the Bankruptcy Court’s dismissal of the Capital’s adversary proceeding. As this confirms the Bankruptcy Court’s determination that the reorganization plan was infeasible, the Bankruptcy Court’s denial of the confirmation plan is AFFIRMED. This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.